IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OM FINANCIAL LIFE INSURANCE COMPANY,

     Plaintiff,                                 No. CIV S-11-0728 JAM GGH

  vs.

KENNETH FERRARI, et al.,

     Defendants.                        ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on August 4, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The August 4, 2011 hearing on the amended motion for default judgment, filed June 30, 2011, is vacated; and

////

////

////

1

1  2.  The motion is submitted on the record.

2  DATED: July 20, 2011

3                                  /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE
4  U. S. MAGISTRATE JUDGE

5  GGH:076:OmFinancial0728.vac.wpd